Filed 2/26/13  In re Jack M. CA4/1

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| In re JACK M., a Person Coming Under the Juvenile Court Law. | D063165 |
| SAN DIEGO COUNTY HEALTH AND HUMAN SERVICES AGENCY, | |
| Plaintiff and Respondent, | (Super. Ct. No. NJ14677) |
| v. | |
| SHERRI K., | |
| Defendant and Appellant. | |

APPEAL from orders of the Superior Court of San Diego County, Michael Imhoff, Commissioner.  Dismissed.

Sherri K. appeals orders entered at hearings held pursuant to Welfare and Institutions Code sections 300, subdivision (b), and 361, subdivision (c)(1).  Citing *In re Sade C.* (1996) 13 Cal.4th 952, she asks this court to exercise its discretion to review the record for error.

In *In re Sade C.*, the California Supreme Court held that review pursuant to *People v. Wende* (1979) 25 Cal.3d 436 is unavailable in "an indigent parent's appeal from a judgment or order, obtained by the state, adversely affecting [her] custody of a child or [her] status as the child's parent." (*In re Sade C.*, *supra*, 13 Cal.4th at p. 959.) We therefore deny Sherri's requests to review the record for error and to address her *Anders* issue. (*Anders v. California* (1967) 386 U.S. 738.)

Sherri's counsel requests leave for her client to file a supplemental brief in propria persona. ( *In re Phoenix H.* (2009) 47 Cal.4th 835.) Counsel also asks this court to order her to brief any arguable issue. (*Penson v. Ohio* (1988) 488 U.S. 75, 88.) The requests are denied.

### DISPOSITION

The appeal is dismissed.

_____

MCCONNELL, P. J.

WE CONCUR:

_____

O'ROURKE, J.

_____

AARON, J.

2